MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARIA A. LIPSCOMB,          )
                            )
      Plaintiff,            )          No.
                            )
vs.                         )
                            )
PHILLIPS & COHEN ASSOCIATES,)
LTD., a foreign corporation,)
and COMMERCIAL RECOVERY     )
SYSTEMS, INC., a foreign    )
corporation, and            )
                            )          JURY DEMANDED
      Defendants.           )
_____)

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

PRELIMINARY STATEMENT

2.   This action is instituted in accordance with and to remedy Defendants' violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3.    In 2011 Defendants initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4.    As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

PARTIES

5.    Plaintiff, Maria A. Lipscomb, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6.    The Defendant, PHILLIPS & COHEN ASSOCIATES, LTD., (PHILLIPS) is a foreign corporation, the principal purpose of whose business is the collection of debts operating a debt collection agency from its principal place of business in Wilmington, DE and regularly collections or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15. U.S.C. Section 1692a(6).

7.    Defendant, COMMERCIAL RECOVERY SYSTEMS, INC. (CRS), is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Dallas, TX, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

/ / /

/ / /

/ / /

FACTUAL ALLEGATIONS

8.   Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reasserts them as incorporated in full herein.

9.   On September 12, 2011, Plaintiff sued CRS in Federal Court under the FDCPA, styled *Lipscomb v. Commercial Recovery Systems, Inc.*, Case No. 2:11-cv-01463-KJD-PAL (2011).

10.   CRS settled the action during November, 2011.

11.   The settlement included the full satisfaction of the account underlying the action.

12.   Plaintiff recently received Phillips' December 30, 2011 dun (Exhibit 1).

13.   Exhibit 1 references the same underlying account ostensibly satisfied in the first action against CRS.

14.   Notwithstanding, CRS again assigned the underlying account for collection despite explicit knowledge Plaintiff was indeed represented by counsel in violation of FDCPA § 1692c(a)(2). Kuhn v. Account Control Technology, Inc., 865 F. Supp. 1443, 1453 (D. Nevada 1994).

15.   Plaintiff had a right *"to be left alone"* which CRS serially ignored. Kuhn v. Account Control Technology, Inc., 865 F. Supp. 1443, 1448 (D. Nev. 1994).

16.   Defendants' attempts to knowingly collect on a fully satisfied and otherwise invalid debt was in violation of both FDCPA §§ 1692e(2)(A) and (10) and FDCPA § 1692f.   Kimber v. Federal Financial Corp., 668 F. Supp. 1480, 1487-89 (M.D. Ala. 1987).

/ / /

/ / /

17.  The foregoing acts and omissions of Defendants were undertaken by them willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

18.  Indeed, the foregoing acts and omissions of Defendants were undertaken by them indiscriminately and persistently, as part of their regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

19.  As a proximate result of the foregoing acts and omissions of Defendants, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

20.  As a result of the foregoing acts and omissions of Defendants, and in order to punish Defendants for their outrageous and malicious conduct, as well as to deter them from committing similar acts in the future as part of their debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

CAUSES OF ACTION

COUNT I

21.  The foregoing acts and omissions of Defendants constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e, 1692f and 1692g.

22.  Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

/ / /

/ / /

4

1                               COUNT II

2        23.   The foregoing acts and omissions of Defendants constitute

3   unreasonable debt collection practices in violation of the doctrine

4   of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.,*

5   *865 F. Supp. 1443, 1448-49 (D. Nev. 1994); Pittman v. J. J. Mac*

6   *Intyre Co. of Nevada, Inc., 969 F. Supp. 609, 613-14 (D. of Nev.*

7   *1997).*

8        24.   Plaintiff is entitled to recover actual damages as well

9   as punitive damages in an amount to be proven at trial.

10                            JURY DEMANDED

11       Plaintiff hereby demands trial by a jury on all issues so

12  triable.

13       WHEREFORE, Plaintiff prays that this Honorable Court grant the

14  following relief:

15       1.    Award actual damages.

16       2.    Award punitive damages.

17       3.    Award statutory damages of $1,000 pursuant to 15 U.S.C.

18  § 1692k.

19       4.    Award reasonable attorney fees.

20       5.    Award costs.

21       6.    Grant such other and further relief as it deems just and

22  proper.

23                              Respectfully submitted,

24

25                              _____
                                MITCHELL D. GLINER, ESQ.
26                              Nevada Bar #003419
                                3017 West Charleston Boulevard
27                              Suite 95
                                Las Vegas, NV  89102
28                              Attorney for Plaintiff

                                     5

## Phillips & Cohen Associates, Ltd.

Ph 866-690-0884 • Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

PO Box 5790
Hauppauge, NY 11788-0164

RETURN SERVICE REQUESTED

December 30, 2011

Phillips & Cohen Associates, Ltd.
Mail Stop: 2001
1002 Justison Street
Wilmington, DE 19801-5148

18291222-589        689857554

Maria Lipscomb
5219 Intermission CT
N Las Vegas NV 89031-0419

Reference #: 18291222
Balance: $3,058.02

***PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT***

Re:  Client:            **Santander**
     Client Acct#:      **************1000**
     Reference#:        **18291222**
     Balance:           **$3,058.02**

Dear Maria Lipscomb:

Phillips and Cohen Associates has been retained by Santander to recover the outstanding amount owed to them on the above referenced account. Santander has indicated to us that this debt is just and legitimate, and is therefore approaching this matter with the utmost seriousness.

Our collection agreement with Santander stipulates that we explore all options for recovering the amount owed to them. This letter is designed to afford you the opportunity to resolve this account by sending payment in full in the amount of $3,058.02. This will completely satisfy your financial obligation and your credit history will be updated to reflect that this matter is resolved.

You have a very important decision to make. To take advantage of this opportunity, detach and return the above coupon with payment in the envelope provided. Should you have any questions, you may contact our office at the above referenced number.

Sincerely,
Phillips & Cohen Associates, Ltd.

### ** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.



EXHIBIT |

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 866-690-0884

1CSPCAL03589